UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 20-CR-00177-ECT-HB

UNITED STATES OF AMERICA,

        Plaintiff,  **ORDER OF DETENTION**

   v.

KYLE WILLIAM BRENIZER,
   a/k/a Kyle Williams,

        Defendant.

This matter came before the Court on August 26, 2020, for an arraignment and detention hearing. The defendant, Kyle William Brenizer, was present via video conference from the Sherburne County Jail and was represented by Andrew Birrell. The United States was represented by Assistant United States Attorneys Matthew Ebert and Allison Ethen. The United States moved to detain Mr. Brenizer pending trial, in accordance with the recommendation of U.S. Probation and Pretrial Services. Mr. Brenizer did not oppose the government's motion at this time and reserved his right to contest detention at a later time. For the reasons described below, the Court grants the government's uncontested motion for detention.

    1.    The defendant is charged by indictment with two counts of wire fraud, in violation of Title 18, United States Code, Section 1343, and two counts of money laundering, in violation of Title 18, United States Code, Section 1957. Dkt. 1.

    2.    Pretrial Services met with Mr. Brenizer and prepared a report. The Court has reviewed the report.

6. Based upon Mr. Brenizer's waiver and the foregoing, the Court concludes that the United States has demonstrated by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the defendant's future appearance in Court. *See* 18 U.S.C. § 3142(e)(1); *United States v. Abad*, 350 F.3d 793, 797 (8th Cir. 2003). The government also has demonstrated by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community should the defendant be released pending trial. *See id.*

Accordingly, based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The defendant has reserved his right to seek reconsideration of detention pursuant to the Bail Reform Act at a later time and so the motion of the United States for detention of the defendant without bond is **GRANTED**;

2. The defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. The defendant shall be afforded reasonable opportunity to consult privately with counsel; and

4. Upon order of the Court or on request of an attorney for the United States, the person in charge of the correctional facility in which the defendant is confined shall deliver him to a United States marshal for the purpose of appearance in connection with a court proceeding.

Dated: Aug 30, 2020

_____
THE HONORABLE BECKY R. THORSON
United States Magistrate Judge