UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | File No. 20-cr-177 (ECT/HB) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Kyle William Brenizer,<br>*aka Kyle Williams*, | |
| Defendant. | |

---

Magistrate Judge Hildy Bowbeer issued a Report and Recommendation filed on August 9, 2021. ECF No. 96. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 96] is **ACCEPTED**;

2. Defendant Kyle William Brenizer's Motion to Suppress Evidence Obtained by Search and Seizure [ECF No. 30] is **DENIED** in part and **DENIED AS MOOT** in part, as set forth fully in the Report and Recommendation [ECF No. 96];

3. Defendant Kyle William Brenizer's Motion to Suppress Evidence Obtained by Search and Seizure (Cell Phone Evidence) [ECF No. 59] is **DENIED**; and

4. Defendant Kyle William Brenizer's Motion to Suppress Evidence Obtained by Search and Seizure (Vehicle Evidence) [ECF No. 60] is **DENIED**.

Dated: October 1, 2021

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court