# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE WILLIAMS BRENIZER,<br>KYLE WILLIAMS,<br><br>Defendant. | **COURT MINUTES**<br>BEFORE: Hon. Eric C. Tostrud<br>United States District Judge<br><br>Case No.: 20-CR-177(1) (ECT/HB)<br>Date: November 23, 2021<br>Court Reporter: Tim Willette<br>Courthouse: St. Paul<br>Courtroom: 3B<br>Time in Court: 11:34 a.m. – 12:14 p.m.<br>12:40 p.m. – 1:30 p.m.<br>Total Time: 1 Hour 30 Minutes |

**APPEARANCES:**

　　For Plaintiff:　　Matthew Ebert and Allison Ethen, United States Attorney's Office
　　For Defendant:　　Kevin DeVore  ☐ FPD, ☒ CJA, ☐ Retained, ☐ Appointed

Interpreter/Language:　　None / English

**PROCEEDINGS:**

☒ Change of Plea Hearing continued.
☒ Trial to be scheduled.
☒ Remanded to the Custody of the U.S. Marshal.

　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ R. Morton
　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy